**Earl E. GRAHAM, as PR of Faye Dale Graham, deceased, Plaintiff–Appellee,**

v.

**R.J. REYNOLDS TOBACCO COMPANY, individually and as successor by merger to the Brown and Williamson Tobacco Corporation and The American Tobacco Company, Philip Morris USA, Inc., Defendants–Appellants,**

**Lorillard Tobacco Company, et al., Defendants.**

No. 13–14590.

United States Court of Appeals, Eleventh Circuit.

Feb. 2, 2016.

Elizabeth Joan Cabraser, Kenneth S. Byrd, Jordan S. Elias, Richard M. Heimann, Kent L. Klaudt, Sarah Robin London, Robert J. Nelson, Lieff Cabraser Heimann & Bernstein, LLP, San Francisco, CA, Samuel Issacharoff, New York University School of Law, New York, NY, Frederick C. Baker, Rebecca M. Deupree, Donald Alan Migliori, Lance V. Oliver, Motley Rice, LLC, Mount Pleasant, SC, Kathryn E. Barnett, Law Office of Morgan & Morgan, Nashville, TN, Janna M. Blasingame, Stephanie J. Hartley, Richard Lantinberg, Edward I. Warren, Norwood Wilner, The Wilner Firm, PA, Charles Easa Farah, Jr., Farah & Farah, PA, Jacksonville, FL, for Plaintiff–Appellee.

Gregory G. Katsas, Hilary R. Mehrkam, Jones Day, Washington, DC, Stephanie Ethel Parker, David M. Monde, John M. Walker, John F. Yarber, Jones Day, Atlanta, GA, Keri Arnold, Arnold & Porter, LLP, New York, NY, Cecilia M. Bidwell, William Patrick Geraghty, James B. Murphy, Jr., Shook Hardy & Bacon, LLP, Tampa, FL, Dana G. Bradford, II, Smith Gambrell & Russell, LLP, Jacksonville, FL, Andrew Brenner, Karen C. Dyer, Mark Jurgen Heise, Stephen N. Zack, Boies Schiller & Flexner, LLP, Miami, FL, Joshua Reuben Brown, Greenberg Traurig, LLP, Orlando, FL, Paul D. Clement, Bancroft PLLC, Washington, DC, Bonnie C. Daboll, Cathy Ambersley Kamm, Terri Lynn Parker, Shook Hardy & Bacon, LLP, Tampa, FL, Timothy James Fiorta, Jones Day, Cleveland, OH, Khalil Gharbieh, David E. Kouba, Arnold & Porter, LLP, Washington, DC, Stacey Koch Lieberman, Hughes Hubbard & Reed, LLP, Miami, FL, Charles Richard Allan Morse, Jones Day, New York, NY, Robert B. Parrish, J.W. Prichard, Jr., David C. Reeves, Jeffrey Alan Yarbrough, Moseley Prichard Parrish Knight & Jones, Jacksonville, FL, Kenneth J. Reilly, Shook Hardy & Bacon, LLP, Miami, FL, Stephanie Sowers Sankar, Connor Jay Sears, Shook Hardy & Bacon, LLP, Kansas City, MO, for Defendant–Appellants.

Before TJOFLAT, Acting Chief Judge, HULL, MARCUS, WILSON, WILLIAM PRYOR, MARTIN, JORDAN, ROSENBAUM, JULIE CARNES, and JILL PRYOR, Circuit Judges.

BY THE COURT:

In an earlier order of this Court, we granted a petition for rehearing en banc in this case. After that order was issued, Chief Judge Carnes discovered that he may be recused and, in an abundance of caution to avoid any appearance of impropriety, he has recused himself from any participation in the decision of this case.

This court's earlier order granting rehearing en banc is therefore VACATED. As a majority of the judges of this Court in

active service and eligible to hear it have voted in favor of granting rehearing en banc, it is ORDERED that this case will be reheard en banc. The panel's opinion is VACATED.